# U.S. Bankruptcy Court
## District of Massachusetts

In Re:  
    John F. Zullo  
    Debtor

Case No: 11-15485 FJB  
Chapter: 13

## Order of Dismissal

Due to the failure of the Debtor to comply with the Court's Order of June 8, 2011, and the Debtor having failed to file timely the Matrix, it is hereby ordered that the above-entitled case be and hereby is DISMISSED.

Date: June 21, 2011

_____  
Bankruptcy Judge

cc:    John F. Zullo, Pro se Debtor  
       Carolyn Bankowski, Chapter 13 Trustee