**11-15485    John F. Zullo**
**Case type:** bk  Chapter 13 **Asset:** Yes **Vol:** v **Judge:** Frank J. Bailey
**Date filed:** 06/08/11  **Date of last filing:** 06/11/11

Debtors Motion/Request to Expand time

Now comes the Debtor, John F. Zullo, Pro-SE, and requests that the Court allow him additional time for the filing of his "Schedules" which are currently due on June 22, 2011. Debtor is seeking a short extension until July 6, 2011. Debtor, who is Pro-Se, states that this short extension, if allowed, will not harm any Creditor listed, and allow the debtor, who is Pro-SE, to be as accurate as possible.

Therefor, in the interest of fairness, the Debtor prays that this Honorable Court grant him the relief sought.

June 21, 2011

    Respectfully submitted,
    John F. Zullo, Debtor

    51 Claypit Hill Road
    Wayland, Mass. 01778